AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

Antarrios Jaquan Flythe

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:15-CR-349-1BO

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_/s/ Terrence W. Boyle_
Signature of Judge

TERRENCE W. BOYLE — U.S. District Judge
Name of Judge — Title of Judge

6/9/2016
Date